**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
Case No. 10-61370-CIV-GRAHAM/GOODMAN

LEXINGTON INSURANCE COMPANY, et.al.

    Plaintiffs,

vs.

IOTA ENGINEERING, LLC,

    Defendant.
_____/

## ORDER OF REFERENCE FOR SETTLEMENT CONFERENCE

**THIS CAUSE** came before the Court <u>sua sponte</u>.

**PURSUANT** to 28 U.S.C. § 636 and the Magistrate Rules of the Local Rules of the Southern District of Florida, the above-captioned Cause is hereby referred to **United States Magistrate Judge Jonathan Goodman** for a Settlement Conference. The Settlement Conference shall be attended by all counsel of record and representatives of each party. Said representatives shall have full authorization to negotiate, submit, and accept offers of settlement. Additionally, the conference shall be conducted without a court reporter so that no record of the proceedings will be maintained.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 5th day of October, 2011.

                                                   <u>s/Donald L. Graham</u>
                                                   DONALD L. GRAHAM
                                                   UNITED STATES DISTRICT JUDGE

cc: U.S. Magistrate Judge Goodman