# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## CASE NO. 10-61370-CIV-GRAHAM/GOODMAN

LEXINGTON INSURANCE
COMPANY, et al.,

    Plaintiffs,

v.

IOTA ENGINEERING, LLC,

    Defendant.
_____/

## ORDER SCHEDULING SETTLEMENT CONFERENCE

This matter having been referred to me for a settlement conference by United States District Judge Donald L. Graham, it is hereby ordered that the a settlement conference will take place in Chambers on the 4th Floor of the C. Clyde Atkins Building and United States Courthouse, 301 North Miami Avenue, Miami, Florida, on **Monday, October 24, 2011 at 1:00 p.m.**

The settlement conference shall be attended by all counsel of record and representatives of each party. Said representatives shall have full authorization to negotiate, submit, and accept offers of settlement. Additionally, the conference shall be conducted without a court reporter so that no record of the proceedings will be maintained.

Each party shall prepare a **settlement conference statement**, which shall consist of a short summary of the procedural posture of the case and a description of the specific claims still at issue, including each party's evidentiary support and defenses. The parties

should also include any other details that they believe are important to achieving settlement in this case.  This statement will be confidential and will be read only by the Undersigned and the law clerk working on the file.  To that end, the parties are instructed to email their statements to the Undersigned's e-file inbox at goodman@flsd.uscourts.gov no later than **Thursday, October 20, 2011 at 12:00 p.m.**

DONE AND ORDERED in Chambers, at Miami, Florida, October 6, 2011.

Jonathan Goodman
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
All counsel of record